# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHIRRON GAYLES-ZANDERS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80935

**FILED**

APR 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

In this original pro se petition, petitioner appears to challenge Eighth Judicial District Court Judge Herndon's refusal to recuse himself and actions by her prior and current counsel.

Problematically, petitioner has not provided this court with all of the exhibits or documentation that would support her claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-14386

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____ , C.J.
Pickering

_____ , J.          _____ , J.
Hardesty                                              Cadish

cc:    Hon. Douglas W. Herndon, District Judge
       Shirron Gayles-Zanders
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

_____

[1]Petitioner's failure to provide timely proof of service of the petition also constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).